UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GIA-GMI, LLC, a Florida limited
liability company,**

    **Plaintiff,**

v.                                             Case No.: 3:05-cv-300-J-20TEM

**GMI CAPITAL CORPORATION,
a Delaware corporation,**

    **Defendant.**

_____/

## ORDER

Before the Court are competing motions. On May 18, 2005, the Clerk entered a default against Defendant GMI Capital Corporation. (Doc. No. 10). Plaintiff has now moved for entry of default judgment against Defendant. (Doc. No. 11, filed May 23, 2005). Defendant, in contrast, has filed a Motion to Vacate Clerk's Entry of Default. (Doc. No. 12, filed June 13, 2005).

"For good cause shown the court may set aside an entry of default." Fed. R. Civ. P.(c). Defendant has demonstrated good cause for its delay in responding to Plaintiff's complaint and the Court is satisfied that the delay was caused by excusable neglect and not by any intentional conduct on the part of Defendant. Thus, Defendant's Motion to Vacate Default (Doc. No. 12) is **GRANTED** and the Clerks' Entry of Default (Doc. No. 10) is **VACATED**. Consequently, Plaintiff's Motion for Entry of Default Judgment (Doc. No. 11) is **DENIED**. The Defendant's proposed Answer and Affirmative Defenses (Ex. E to Doc. No. 12) is deemed filed as of the date

of the entry of this Order and this matter shall proceed on the merits.

**DONE AND ENTERED** at Jacksonville, Florida, this 22 day of July, 2005.

```
_____
HARVEY E. SCHLESINGER
United States District Judge
```

Copies to:

Ira Marcus, Esq.
John A. Tucker, Esq.
C. Ryan Maloney, Esq.